# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**



**FILED**
DISTRICT COURT OF GUAM
OCT 06 2020
JEANNE G. QUINATA
CLERK OF COURT

Name of U.S. District Court: **District of Guam**

U.S. District Court case number: **19-00145**

Date case was first filed in U.S. District Court: **November 7, 2019**

Date of judgment or order you are appealing: **September 30, 2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☑ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

~~United States of America~~
Sedfrey M. Linsangan

Is this a cross-appeal? ☐ Yes  ☑ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case? ☐ Yes  ☑ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

**P.O. Box 23128 Barrigada Guam 96921**

City: **Guam**  State: ____  Zip Code: **96921**

Prisoner Inmate or A Number (if applicable): _____

**Signature** [signed]  **Date** **October 5, 2020**

Complete and file with the attached representation statement in the U.S. District Court

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                   Rev. 12/01/2018

ORIGINAL

Case 1:19-cv-00145   Document 76   Filed 10/06/20   Page 1 of 2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Sedfrey M. Linsangan

Name(s) of counsel (if any):

>

Address: P.O. Box 23128 Barrigada Guam 96921

Telephone number(s): 671-929-1616

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United States of America

Name(s) of counsel (if any):

> Mikel W. Schwab, Shawn N. Anderson
> US Attorney

Address: Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue

Telephone number(s): Hagatna Guam 96910

Email(s): Tel # 671-472-7332

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

ORIGINAL